JTW: 09.09.19
MG USAO 2019R00584



FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2019 SEP 10  PM 3:20

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. CCB-19-0428 |
| | * | |
| DAVID CODY ELROD, | * | (Possession of a Firearm by a |
| | * | Prohibited Person, 18 U.S.C. |
| Defendant | * | § 922(g); Theft of Firearm from a |
| | * | Federal Firearms Licensee's |
| | * | Inventory, 18 U.S.C. § 922(u)) |
| | * | |

*******

## INDICTMENT

### COUNT ONE
(Possession of a Firearm by a Prohibited Person)

The Grand Jury for the District of Maryland charges that:

On or about August 2, 2019, in the District of Maryland, the defendant,

**DAVID CODY ELROD,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a Mossberg Model 500 .410 caliber shotgun bearing serial number V0719697. The firearm was in and affecting commerce.

18 U.S.C. § 922(g)(1)

## COUNT TWO
### (Theft of Firearm from a Federal Firearms Licensee's Inventory)

The Grand Jury for the District of Maryland further charges that:

On or about August 2, 2019, in the District of Maryland, the defendant,

**DAVID CODY ELROD,**

did knowingly steal and unlawfully take and carry away, from the premises of a person licensed to engage in the business of importing, manufacturing, and dealing in firearms, to wit: the Gun Shop, located at 1614 Eastern Boulevard, Essex, MD 21221, a firearm in the licensee's business inventory that had been shipped and transported in interstate and foreign commerce. The stolen firearm was a Mossberg Model 500 .410 caliber shotgun bearing serial number V0719697.

18 U.S.C. § 922(u).


Robert K. Hur /MAG
ROBERT K. HUR
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED

Foreperson

9/10/19
Date